IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

FILED
APR 4 - 2011

| | |
|---|---|
| MASONRY INDUSTRY TRUST ADMINISTRATION INC., | |
| Plaintiff, | 10-CV-0498-BR |
| v. | JUDGMENT OF DISMISSAL |
| JOE SCHMIDT MASONRY, INC. | |
| Defendant. | |

Based on Plaintiff's Notice to Dismiss Without Prejudice (#25) filed March 31, 2011, this Court hereby DISMISSES this case without prejudice and without fees or costs to either party.

**IT IS SO ORDERED.**

DATED this 4th day of April, 2011.

_____
ANNA J. BROWN
United States District Judge

JUDGMENT